# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00406-01** |
| ) | |
| **Jimmy Lon POTTS** ) | |
| ) | |

## LEGAL HISTORY:

On November 25, 1996, the above-named was sentenced to 94 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on August 29, 2003. Special conditions included: Refrain from unlawful use of controlled substances; Refrain from the use of alcohol; Submit to mandatory drug testing; and Participate in drug/alcohol counseling. On August 26, 2003, conditions of supervision were modified so the offender could reside in the Oklahoma Halfway House for a period of up to 120 days so he could establish housing and employment. On February 9, 2004 conditions were modified to include Search and Participation in mental health counseling.

Mr. Potts is supervised in the Eastern District of California. Jurisdiction was transferred from the Western District of Oklahoma on November 2, 2005.

## SUMMARY OF COMPLIANCE:

He has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Potts has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:** **Jimmy Lon POTTS**
　　　**Docket Number:   2:05CR00406-01**
　　　**RECOMMENDATION TERMINATING**
　　　**SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/ Deborah A. Spencer
　　　　　　　　　　　　　　　**DEBORAH A. SPENCER**
　　　　　　　　　　　**Supervising United States Probation Officer**

Dated:　　　July 11, 2007
　　　　　　　Elk Grove, California
　　　　　　　DAS/cj


cc:　　AUSA Office (to be assigned) (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:05CR00406-01** |
| ) | |
| **Jimmy Lon POTTS** ) | |
| ) | |

On August 29, 2003, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:     July 11, 2007
           Elk Grove, California
           DAS/cj

**Re:    Jimmy Lon POTTS**
    **Docket Number:   2:05CR00406-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervision, and that the proceedings in the case be terminated.

  August 6, 2007
**Date**

    **Frank C. Damrell, Jr.**
    **United States District Judge**

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office